AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

JAMES A. BATTLE,

                              Plaintiff,

            v.

LYNN STETTLER and DAVID MURLY,

                            Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-201-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's First Amended Complaint is DISMISSED with prejudice for failure to state a claim upon which relief may be granted.

| | |
|---|---|
| September 18, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Linda Emerson |
| | *(By) Deputy Clerk* |
| | Linda Emerson |